# EXHIBIT 2

## Declaration of Jay Wolf

# EXHIBIT 2

1  
2  KEVIN R. STOLWORTHY, ESQ.  
Nevada Bar No. 2798  
3  BRANDON P. JOHANSSON, ESQ.  
Nevada Bar No. 12003  
4  ARMSTRONG TEASDALE LLP  
3770 Howard Hughes Parkway, Suite 200  
5  Las Vegas, Nevada 89169  
Telephone:  702.678.5070  
6  Facsimile:  702.878.9995  
kstolworthy@atllp.com  
7  bjohansson@atllp.com  

8  JAMES L. SANDERS, ESQ.  
California Bar No. 126291 (*Admitted Pro Hac Vice*)  
9  KASEY J. CURTIS, ESQ.  
California Bar No. 268173 (*Admitted Pro Hac Vice*)  
10  REED SMITH LLP  
355 South Grand Avenue, Suite 2900  
11  Los Angeles, California 90071  
Telephone:  213.457.8000  
12  Facsimile:  213.457.8080  
jsanders@reedsmith.com  
13  kcurtis@reedsmith.com  

14  *Attorneys for Juniper Capital Partners, LLC*  

15  **DISTRICT COURT**  

16  **CLARK COUNTY, NEVADA**  

| | |
|---|---|
| JC HOSPITALITY, LLC, a Delaware limited liability company, HRHH PROPCO, LLC, a Delaware limited liability company; HRHH CAFÉ PROPCO, LLC, a Delaware limited liability company, | Case No.: A-19-803234-B |
| | Dept. No.: 27 |
| Plaintiffs, | **DECLARATION OF JAY WOLF IN SUPPORT OF COUNTER-DEFENDANT JUNIPER CAPITAL PARTNERS, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| vs. | |
| SLATE THE VOICE LIMITED PARTNERSHIP, a Delaware limited partnership; BASE THE VOICE, LLC, a Delaware limited liability company; ROE COMPANIES, 1-10; DOE INDIVIDUALS, 1-10; MOE LIMITED LIABILITY COMPANIES, 1-10; and NOE PARTNERSHIPS, 1-10, | **(HEARING REQUESTED)** |
| Defendants. | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SLATE THE VOICE LIMITED PARTNERSHIP, a Delaware limited partnership; BASE THE VOICE, LLC, a Delaware limited liability company,<br><br>              Counter-Claimants,<br>vs.<br><br>JC HOSPITALITY, LLC, a Delaware limited liability company, HRHH PROPCO, LLC, a Delaware limited liability company; HRHH CAFÉ PROPCO, LLC, a Delaware limited liability company; JUNIPER CAPITAL PARTNERS, LLC, a Delaware limited liability company; ROE COMPANIES 1-10; DOE INDIVIDUALS 1-10; MOE LIMITED LIABILITY COMPANIES 1-10; and NOE PARTNERSHIPS 1-10,<br><br>              Counter-Defendants. |

I, Jay Wolf, under penalty of perjury say:

1. I am a Managing Partner of Juniper Capital Partners, LLC ("Juniper Capital Partners"). I also serve as the Chairman of the Board of JC Hospitality, LLC ("JC Hospitality"). As such, I have personal knowledge of the business operations of Juniper Capital Partners and JC Hospitality as well as personal knowledge of their respective organizational structures. I am over the age of 18 and competent to make this declaration.

2. I make this Supplemental Declaration in support of Juniper Capital Partners' Motion to Dismiss for Lack of Personal Jurisdiction. By submitting this declaration, Juniper Capital Partners does not consent to the court's exercise of personal jurisdiction over it or to submit to jurisdiction in Nevada. I have personal knowledge of the matters contained in this declaration and I am competent to testify as to any of the matters contained in this declaration if called upon to do so.

3. As noted in my first declaration, JC Hospitality is the current owner of the Hard Rock Hotel & Casino – Las Vegas (the "Hard Rock"). Juniper Capital Partners is not an affiliate of JC Hospitality. As reflected by JC Hospitality's organizational chart, a true and correct copy of which is attached hereto as **Exhibit 1**, JC Hospitality is instead a wholly-owned subsidiary of JC Vegas Mezz Co., LLC, which is a wholly-owned subsidiary of JCLPF Vegas, LLC, which is in turn owned by various investor groups.

4. In addition to serving as the Chairman of JC Hospitality and Managing Partner of Juniper Capital Partners, I have a variety of similar roles with other entities. For example, in addition to my positions with JC Hospitality and Juniper Capital Partners, I also sit on the Boards of

2

DocuSign Envelope ID: E927AE90-FB05-497A-AE10-48FFB6162B2F
Case 2:20-cv-01379-APG-NJK   Document 1-2   Filed 07/24/20   Page 4 of 9

1  IMH Financial Corporation and Salucro Health Solutions. I am also a member of the Board of
2  Governors of Cedars-Siani Hospital. In my experience, it is relatively common for sophisticated
3  businesses to share directors in some fashion, as it is generally beneficial for companies to have
4  directors with diversified experience. Of course, that does not mean that IMH Financial
5  Corporation, Salucro Health Solutions or Cedars-Siani Hospital have any affiliation with Juniper
6  Capital Partners or JC Hospitality.

8  I declare under penalty of perjury under the law of the State of Nevada that the foregoing is
9  true and correct.
10  Executed: May 21, 2020.

DocuSigned by:

*[signature]*

FB6330A5A2E1484...

Jay Wolf

# EXHIBIT 1

# EXHIBIT 1



**Hard Rock Hotel Las Vegas**
Acquisition & Financing
Organizational Chart
March 30, 2018

*Major decisions require the consent of Major Member (Fengate) or the Board, as applicable.



*Investing on behalf of Labourers' Pension Fund of Central and Eastern Canada (LiUNA's pension fund).



Slide 3



*Operating entity of Dream Hard Assets Alternative Trust, a publicly traded security on the Toronto Stock Exchange (Symbol: DRA.UN).

Slide 4