KEVIN R. STOLWORTHY (Nevada Bar No. 2798)
BRANDON P. JOHANSSON, ESQ. (Nevada Bar No. 12003)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@atllp.com
bjohansson@atllp.com

*Attorneys for JC Hospitality, LLC, HRHH PropCo, LLC, HRHH Café PropCo, LLC, and Juniper Capital Partners, LLC*

DANIEL F. POLSENBERG (SBN 2376)
J CHRISTOPHER JORGENSEN (SBN 5382)
ABRAHAM G. SMITH (SBN 13,250)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
DPolsenberg@LRRC.com
CJorgensen@LRRC.com
ASmith@LRRC.com

*Attorneys for Defendant BZ Clarity Holdings, LLC d/b/a Base Entertainment*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JC HOSPITALITY, LLC, a Delaware limited liability company, HRHH PROPCO, LLC, a Delaware limited liability company; HRHH CAFÉ PROPCO, LLC, a Delaware limited liability company; MARTIN-HARRIS CONSTRUCTION, LLC, a Nevada limited liability company by and through its assignee JC HOSPITALITY, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BZ CLARITY HOLDINGS, LLC d/b/a BASE ENTERTAINMENT, a Delaware limited liability company; SLATE THE VOICE LIMITED PARTNERSHIP, a Delaware limited partnership; BASE THE VOICE, LLC, a Delaware limited liability company; ROE COMPANIES, 1–10; DOE INDIVIDUALS, 3–10; MOE LIMITED LIABILITY COMPANIES, 2–10; and NOE PARTNERSHIPS, 1–10,<br><br>　　　　Defendants. | Case No: 2:20−cv−01379−APG−NJK<br><br>**JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT**<br><br>Hon. Andrew P. Gordon |

- 2 -

| | |
|---|---|
| 1 | SLATE THE VOICE LIMITED PARTNERSHIP, a Delaware limited partnership; BASE THE VOICE, LLC, a Delaware limited liability company, |
| 2 | |
| 3 |         Counter-Claimants, |
| 4 | vs. |
| 5 | JC HOSPITALITY, LLC, a Delaware limited liability company, HRHH PROPCO, LLC, a Delaware limited liability company; HRHH CAFÉ PROPCO, LLC, a Delaware limited liability company; JUNIPER CAPITAL PARTNERS, LLC, a Delaware limited liability company; ROE COMPANIES, 1–10; DOE INDIVIDUALS, 3–10; MOE LIMITED LIABILITY COMPANIES, 2–10; and NOE PARTNERSHIPS, 1–10, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 |         Counter-Defendants. |

**STIPULATION**

1. Plaintiffs JC Hospitality, LLC, HRHH PropCo, LLC, and HRHH Café PropCo, LLC ("Plaintiffs") commenced this action, styled *JC Hospitality, et al. v. Slate the Voice L.P., et al.*, Case No. A-19-803234-B, in the District Court, Clark County, Nevada on October 7, 2019.

2. Defendant BZ Clarity Holdings, LLC ("BZ Clarity") removed the action from the District Court, Clark County, Nevada to the United States District Court for Nevada on July 24, 2020, where it was thereafter assigned to this above-entitled Court.

3. On July 28, 2020, Plaintiffs' counsel sent a letter to BZ Clarity's counsel explaining that Plaintiffs objected to the removal under 28 U.S.C. § 1441(b)(2), among other reasons.

4. On July 31, 2020, BZ Clarity agreed to stipulate to the remand of this action back to the District Court, Clark County, Nevada.

5. The undersigned parties are all in agreement that this matter should be remanded.

**IT IS HEREBY STIPULATED** by the parties through their counsel of record herein that BZ Clarity withdraws its notice of removal filed on July 24, 2020; and

/ / /

/ / /

/ / /

**IT IS HEREBY FURTHER STIPULATED** that the above-captioned matter shall be remanded back to the District Court, Clark County, Nevada.

Dated:  August 4, 2020

**ARMSTRONG TEASDALE LLP**

By: */s/Brandon P. Johansson*
    Kevin R. Stolworthy, Esq. (SBN 2798)
    Brandon P. Johansson, Esq. (SBN 12003)
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169

*Attorneys for JC Hospitality, HRHH PropCo, LLC, HRHH Café PropCo, LLC, and Juniper Captial Partners, LLC*

Dated:  August 4, 2020

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By:*/s/J. Christopher Jorgensen*
    Daniel F. Polsenberg (SBN 2376)
    J. Christopher Jorgensen (SBN 5382)
    Abraham G. Smith (SBN 13250)
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169

*Attorneys for Defendant BZ Clarity Holdings, LLC d/b/a Base Entertainment*

Dated:  August 4, 2020

**GREENBERG TRAURIG, LLP**

By:*/s/Jason K. Hicks*
    Mark E. Ferrario (SBN 1625)
    Jason K. Hicks (SBN 13149)
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135

*Attorneys for Defendants Slate the Voice Limited Partnership and Base the Voice, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: ____August 4____, 2020.

_____
Hon. Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

- 3 -
JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT
111932889.1